1 | McGREGOR W. SCOTT
United States Attorney
2 | KIRK E. SHERRIFF
Asst. United States Attorney
3 | Federal Building, Rm. 3654
1130 "O" Street
4 | Fresno, CA 93721
Telephone: (559) 498-7272
5 | Fax: (559) 498-7432

6 | Attorneys for the United States of America

7

8 |                IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,     )   Case No.: 1:05-CV-01644 AWI SMS
                                  )
11 |            Plaintiff,         )
                                  )   CONSENT DECREE AND JUDGMENT
12 |       v.                      )
                                  )
13 |                              )
KC SUPER MARKET, and JOHN         )
14 | XIONG,                        )
                                  )
15 |            Defendants.        )
                                  )
16

17      On December 29, 2005 the United States of America brought a

18 | Complaint for Injunctive Relief pursuant to the Federal Meat

19 | Inspection Act ("FMIA"), 21 U.S.C. §§ 601 et seq., and the

20 | Poultry Products Inspection Act ("PPIA"), 21 U.S.C. §§ 451 et

21 | seq., to enjoin defendants from violating the FMIA and PPIA by

22 | offering to sell, and selling, uninspected and misbranded meat

23 | and poultry products.  Specific instances of such conduct by

24 | defendants are set forth in the Complaint.

25      WHEREAS the parties hereto desire to settle this action, and

26 | therefore consent to the entry by the Court of the following

27 | provisions as a judgment in this action,

28      NOW, on the joint application of all parties, it is hereby

1  STIPULATED, CONSENTED TO, and AGREED that:

2      1.   This Court has personal jurisdiction over all the

3  parties to this action.

4      2.   Defendants, their successors and assigns, their agents

5  and employees, and those persons in active concert or

6  participation with them, whether directly or indirectly, are

7  permanently enjoined from selling, offering for sale,

8  transporting, offering for transportation, or receiving in

9  commerce, any uninspected or misbranded meat or meat food

10 products required to be inspected under the FMIA.

11     3.   Defendants, their successors and assigns, their agents

12 and employees, and those persons in active concert or

13 participation with them, whether directly or indirectly, are

14 permanently enjoined from selling, offering for sale,

15 transporting, offering for transportation, or receiving in

16 commerce, any uninspected or misbranded poultry or poultry

17 products required to be inspected under the PPIA.

18     4.   Defendants shall, for the entire time in which they do

19 business, prepare and maintain records documenting all meat and

20 poultry products that defendants sell, offer for sale, transport,

21 offer for transportation, or receive in commerce.  Such records

22 shall include, but are not limited to, records of all purchases,

23 sales, transfers, and deliveries of all meat and poultry

24 products, as defined by the FMIA and the PPIA, and shall include

25 the prices, dates, locations, and other parties involved in all

26 such transactions.  Defendants shall maintain each record for a

27 period of not less than three years from the date of origination

28 of such record.

1      5.   Defendants shall, at all reasonable times, afford duly

2  authorized representatives of the U.S. Department of Agriculture

3  full access to defendants' places of business.  Full access shall

4  include full and unimpeded opportunity to inspect and examine the

5  facilities, inventory, and records of defendants' places of

6  business, to copy all such records, and to take reasonable

7  samples of inventory.  All reasonable times shall include any

8  hours during which defendants are doing business.

9      6.   Defendants agree that, upon the violation of any of the

10 provisions of this Consent Decree, defendants shall be

11 immediately jointly and severally liable to plaintiff for each

12 item of uninspected or misbranded meat or poultry product offered

13 for sale, sold, offered for transportation, transported, or

14 received in commerce as follows: 1) first violation the sum of

15 $250.00 per item; 2) second violation and any subsequent

16 violation, the sum of $500.00 per item.  Defendants further agree

17 that plaintiff shall have the right to enter upon defendants'

18 place of business and seize and destroy any and all misbranded,

19 uninspected, or adulterated meat or poultry products.

20     7.   Neither this Consent Decree and Judgment, nor the terms

21 and conditions hereof, shall be deemed a waiver of plaintiff's

22 right to seek relief for the violations alleged in the Complaint.

23     8.   The Complaint is hereby dismissed without prejudice and

24 without costs, except that this Court shall retain jurisdiction

25 to enforce the terms of this Consent Decree and Judgment.

26 ///

27 ///

28 ///

Entry Consented to:

FOR DEFENDANTS                              FOR PLAINTIFF

                                            McGREGOR W. SCOTT
                                            United States Attorney

/s/ John Xiong
(signature on file)            By:  /s/ Kirk Sherriff
JOHN XIONG                          KIRK E. SHERRIFF
on behalf of defendant              Assistant U.S. Attorney
KC Super Market


/s/ John Xiong
(signature on file)
JOHN XIONG,
in his individual capacity


                              **ORDER**

IT IS SO ORDERED.

**Dated:   January 4, 2006**            **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE